UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN OLFERT AND CARMEN OLFERT, as individuals, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign company,<br><br>Defendant. | NO. 2:25-CV-02437-JHC<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE CASE SCHEDULING ORDER** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Case Scheduling Order. Dkt. # 16. The Court has reviewed the motion, the record, and the files herein, and HEREBY ORDERS the following:

1. The parties' Stipulated Motion to Continue Case Scheduling Order is GRANTED;
2. The scheduling order and associated deadlines are extended as follows:

| **Activity** | **Current Deadline** | **New Deadline** |
|---|---|---|

| | | |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | 8/24/2026 | 12/22/2026 |
| Discovery completed by | 9/23/2026 | 01/31/2027 |
| All dispositive motions must be filed by | 10/23/2026 | 02/20/2027 |

3. The current time for trial remains 7 days; and
4. If this case is not resolved by settlement or after dispositive motions, the Court will enter a separate order pertaining to pretrial and trial dates.

DATED: 8/24/2026

John H. Chun

JOHN H. CHUN
United States District Judge